# United States District Court
## Southern District of Georgia

GARY LEWIS HUDSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 118-065

ANDREW SAUL, Commissioner of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated September 12, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that the Commissioner's final decision is affirmed; therefore, judgment is hereby entered in favor of the Commissioner. This case stands closed.

09/12/2019  
*Date*

Scott L. Poff  
*Clerk*

/s/ Jamie Hodge  
*(By) Deputy Clerk*